IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-102-FL
NO. 4:12-CV-25-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Respondent, )<br>)<br>v. )<br>)<br>JONATHAN EDWARD STATON, )<br>)<br>Petitioner. ) | ORDER |

This matter comes before the court on motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody filed by petitioner on February 16, 2012 (DE # 61). Response to said motion was by filed by respondent on March 30, 2012. With no reply having been filed, the matter is now ripe for ruling.

For good cause shown, petitioner's motion is GRANTED, and the matter is set for resentencing pursuant to United States v. Simmons, 649 F 3d 237 (4th Cir. 2011)(en banc) on **August 7, 2012, at 9:30 a.m. in New Bern.**

SO ORDERED, this the 27th day of April, 2012.

      /s/ Louise W. Flanagan
      LOUISE W. FLANAGAN
      United States District Judge