UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jonathan Edward Staton**                                         **Docket No. 4:10-CR-102-2FL**

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jonathan Edward Staton, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Cocaine, in violation of 21 U.S.C. § 846, Possession With Intent to Distribute 5 Grams or More of Cocaine Base (Crack), a Quantity of Cocaine, and a Quantity of Marijuana, in violation of 21 U.S.C. § 841(a)(1), Possession of Firearms in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A), and Possession of Firearms and Ammunition by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on May 20, 2011, to the custody of the Bureau of Prisons for a term of 139 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

On August 7, 2012, pursuant to 28 U.S.C. § 2255, the defendant's term of imprisonment was reduced to 130 months.

On May 11, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's term of imprisonment was reduced to 117 months.

Jonathan Edward Staton was released from custody on April 6, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for marijuana use on April 10, 2018, and the results were confirmed by Alere Laboratory on April 14, 2018. When confronted with the results, the defendant signed an admission of drug use statement and received a verbal reprimand for his drug use. The defendant was referred for a substance abuse assessment at East Coat Counseling in Greenville, North Carolina, and will undergo increased drug testing as a condition of the Surprise Urinalysis Program. As a sanction for this drug use, we are recommending that the defendant participate in the DROPS Program, beginning at the second use level. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: April 20, 2018

## ORDER OF THE COURT

Considered and ordered this 23rd day of April, 2018, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge